**ORIGINAL**

PREET BHARARA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
DAVID O. YAN,                    :
                                 :
            Plaintiff,           :
                                 :
       - v. -                    :
                                 :   NOTICE OF SETTLEMENT
MICHAEL J. ASTRUE,               :        OF ORDER
Commissioner of                  :   01 Civ. 8589 (BSJ)
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09

    PLEASE TAKE NOTICE THAT, pursuant to Rule 77.1 of the Civil Rules of this Court, a proposed order, a copy of which is attached, will be presented to the Clerk of the United States District Court, Southern District of New York, in the United States Courthouse, 500 Pearl Street, New York,

New York on September 9, 2009 for submission to the Court for settlement and signature.

Dated:  New York, New York
August 24, 2009

                PREET BHARARA
                United States Attorney for the
                Southern District of New York
                Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

TO: David O. Yan
    1988 Newbold Avenue, Apt. 5J
    Bronx, NY 10472

2

ORIGINAL
Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
DAVID O. YAN,

         Plaintiff,

    - v. -

                      ORDER
MICHAEL J. ASTRUE,        01 Civ. 8589 (BSJ)
Commissioner of
Social Security,

         Defendant.
- - - - - - - - - - - - - - - - -x

        WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on May 31, 2002, and

        WHEREAS, on November 28, 2003, the Commissioner issued a favorable decision (copy attached) on plaintiff's application for benefits;

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York

       August 25, 2009

                        _____
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/09